NJC:dy
AO 91 (Rev. 11/11) Criminal Complaint

## UNITED STATES DISTRICT COURT
for the

### District of Minnesota

| | |
|---|---|
| UNITED STATES OF AMERICA | **FILED UNDER SEAL PURSUANT TO ORDER** |
| v. | |
| ERIC SCOTT PETERSON | Case No.  24-mj-866 JTH |

### CRIMINAL COMPLAINT

I, the undersigned complainant, being duly sworn, state the following is true and correct to the best of my knowledge and belief

On or about December 17, 2024, in the State and District of Minnesota, the defendant Eric Scott Peterson,

did in the commission of an unlawful act, not amounting to a felony, or in the commission in an unlawful manner, or without due caution and circumspection, of a lawful act which might produce death, unlawfully kill another human being, without malice,

All in violation of Title 18, United States Code, Section 1112(a).

I further state that I am a Federal Bureau of Investigation Special Agent and that this complaint is based on the following facts:

SEE ATTACHED AFFIDAVIT

Continued on the attached sheet and made a part hereof:    ☒Yes    ☐ No

_____
*Complainant's signature*

SUBSCRIBED and SWORN before me
by reliable electronic means (FaceTime and email)
pursuant to Fed. R. Crim. P. 41(d)(3).

Steven Noldin, Special Agent
Federal Bureau of Investigation
_____
*Printed name and title*

Date:  December 20, 2024
_____

_____
*Judge's Signature*

City and State: <u>BEMIDJI, MN</u>

The Honorable Jon T. Huseby
United States Magistrate Judge
_____
*Printed Name and Title*