STATE OF MINNESOTA )
                             )   ss.   AFFIDAVIT OF STEVEN D. NOLDIN
COUNTY OF ST. LOUIS )

1.     I am a Special Agent with the FBI and have been since June 2008. I am currently assigned to the Minneapolis Division, Duluth Resident Agency. In connection with my official FBI duties, I have received training in, and have investigated among others, cases involving bribery, wire fraud, attempted extortion, conspiracy to commit extortion, the use of interstate facilities to promote and carry out unlawful activity, conspiracy to commit offenses against the United States, murder, sexual assaults, illegal narcotics and violent crimes in Indian Country as well as violent crimes against children.

2.     As a federal agent, I am authorized to investigate violations of the laws of the United States and I am empowered by 18 U.S.C. §§ 3052 and 3107 to conduct investigations of, and to make arrests for, violations of federal criminal statutes. I am also authorized to execute warrants issued under the authority of the United States. As a Special Agent with the FBI, I have received training in the investigation and prosecution of violations occurring in Indian country, as defined by Title 18 U.S.C § 1151. Moreover, I am a federal law enforcement officer who is engaged in investigating and enforcing criminal laws, including crimes in Indian country involving violations of Title 18 U.S.C. § 1152, which states: "Except as otherwise expressly provided by law, the general laws of the United States as to the punishment of offenses committed

in any place within the sole and exclusive jurisdiction of the United States, except the District of Columbia, shall extend to the Indian country,"

3.      This affidavit is submitted for the limited purpose of establishing probable cause in support of issuing a criminal complaint and arrest warrant for Eric Scott PETERSON.   There is probable cause to believe Eric Scott PETERSON has committed involuntary manslaughter, in violation of Title 18, United States Code, Section 1112.

4.      This affidavit is based on my personal knowledge, as well as information I have learned from other law enforcement officers and the review of reports, written materials, and recordings.   This affidavit does not include all of the details I have learned regarding this investigation.   Rather, it only includes information believed to be sufficient to establish probable cause.

## PROBABLE CAUSE

5.      At approximately 8:43 PM on December 17, 2024, the St. Louis County 911 Center ("911") received a report of a suspected intoxicated female walking on Tibbets Trail Road, commonly referred to as "Tibbets Trail," near the Fortune Bay Resort and Casino ("the Casino") within the exterior boundaries of the Bois Forte Reservation. At approximately 8:50 PM, the same caller reported that the female was now walking northbound on Lake Vermillion Reservation Road.

6.      At approximately 8:52 PM, a second person called 911 and

2

reported seeing an individual on "Reservation Road," walking toward the "Y-Store," away from the Casino.

7.      Around the time of these calls, Bois Forte tribal law enforcement from the Nett Lake Agency, was dispatched by 911. Shortly thereafter, an officer with Bois Forte tribal law enforcement observed a pair of boots and what appeared to be vehicle debris in the roadway along Lake Vermilion Reservation Road near its intersection with Bois Forte Road, in the vicinity described by the previous 911 calls. The vehicle debris included a piece that was dark blue as well as pieces of plastic that appeared to have come from the headlamps and/or turn signal lights.  At approximately 9:02 PM, that same officer reported locating an unconscious female with no pulse lying in the snow in the ditch along Lake Vermilion Reservation Road near Bois Forte Road. The Bois Forte tribal officer advised dispatch that the female had severe facial trauma, was cold to the touch and that she may be the victim of a "hit and run."

8.      The female was identified but is described here as Victim 1. Victim 1 is an enrolled member of the Bois Forte Band of Chippewa, year of birth XX86. Victim 1 was transported from the scene and pronounced deceased.

9.      Data from the Bureau of Indian Affairs Tract Viewer as of December 18, 2024, show that the area in which Victim 1's body was struck and later found is within the exterior boundaries of the Bois Forte Reservation.

10.     Based on this information, law enforcement contacted the Casino

3

to inquire about any surveillance footage that may show blue colored vehicles departing the Casino around the time of the 911 calls. Casino staff identified a blue Dodge Durango that departed the Casino at approximately 8:49 PM. Through review of surveillance video, Casino staff were able to track the movements of the driver of the Durango before leaving the Casino. Casino staff discovered that the driver had used a Casino "player's club card" that night, which was associated with a Minnesota driver's license in the name of Eric Scott PETERSON, with year of birth of XX74 and an address in Virginia, Minnesota.

11. Officers confirmed that PETERSON is the registered owner of a blue Dodge Durango.

12. Upon further examination of surveillance footage by Casino staff, when PETERSON left in his Durango both headlamps appeared operational. No other persons were seen getting into the blue Durango.

13. The Y Store is approximately four miles from the Casino and farther away from the Casino than where Victim 1 was found near the intersection of Lake Vermilion Reservation Road and Bois Forte Road. Because the Bois Forte Tribe owns The Y Store, surveillance cameras at that location are also monitored by Casino staff. Surveillance footage showed that at approximately 8:54 PM, a blue Dodge Durango traveled in the vicinity of The Y Store. However, only the front driver's side headlamp of the blue Dodge

Durango appeared to be operational.

14.    Minnesota State Patrol Troopers assisted with the investigation and recovered several pieces of what appeared to be remnants of a vehicle, possibly blue in color with areas of rusted metal, from the roadway where Victim 1 is believed to have been struck, as well as adjacent areas. Troopers recovered pieces which appeared to be from a front headlamp, orange pieces which appeared to be from a turn signal, and a piece of molding that appeared to have come from a vehicle's outer wheel well.

15.    Officers went to PETERSON's residence in Virginia and located a blue Dodge Durango parked in the driveway.  Officers saw that the Durango had a broken front passenger side headlamp, dents and damage to the front bumper area, hood and quarter panel, as well as a missing piece of molding from the passenger side rear wheel well.   This damage appeared to be consistent with debris collected by Troopers at the scene of the accident.  The Durango also appeared to have areas of rust.

16.    Law enforcement executed a search warrant at PETERSON's home.  PETERSON was present and officers could detect a noticeable smell of alcohol coming from his person although several hours had passed since he left the Casino.   PETERSON was administered a preliminary breath test at approximately 4:30 AM.  The test showed that PETERSON still had a blood alcohol content of 0.048, approximately seven and a half hours after the

5

collision.

17.    PETERSON was provided with *Miranda* warnings and agreed to give a statement to officers.  During his statement, he admitted to being at the Casino on the night of December 17th, leaving around 8:30 pm.  He stated that he had consumed alcohol (3-4 drinks) while he was at the Casino, but not after he returned home.  He further stated that he believed that he hit a deer on the way home, but that he did not stop to confirm what he hit.

18.    On December 18, 2024, an autopsy was performed on Victim 1 at the Midwest Medical Examiner's Office in Ramsey, Minnesota.  The postmortem examination showed that Victim 1 suffered severe blunt force trauma to her body.

19.    Additional evidence, including blue-colored paint and metal fragments, was also collected during the autopsy from the body and clothing of Victim 1. The manner of death was listed as "Pending investigation." The cause of death was listed as "Multiple blunt force injuries."  Victim 1's injuries are consistent with being struck by a motor vehicle.

## CONCLUSION

20.    Based on the information set forth above, there is probable cause to believe that the Defendant, Eric Scott PETERSON, violated Title 18, United States Code, Section 1112, by committing involuntary manslaughter.

Further your Affiant sayeth not.


Steven D. Noldin
Special Agent
Federal Bureau of Investigation


SUBSCRIBED and SWORN before me
by reliable electronic means via FaceTime
and email pursuant to Fed. R. Crim. P. 41(d)(3) on
December 20, 2024:


JON T. HUSEBY
UNITED STATES MAGISTRATE JUDGE
DISTRICT OF MINNESOTA