UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-004 (LMP/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | DEFENDANT'S MOTION TO |
| | ) | COMPEL ATTORNEY FOR THE |
| v. | ) | GOVERNMENT TO DISCLOSE |
| | ) | EVIDENCE FAVORABLE TO THE |
| ERIC SCOTT PETERSON, | ) | DEFENDANT |
| | ) | |
| Defendant. | ) | |

The defendant, Eric Peterson, moves the Court, pursuant to the authority of Brady v. Maryland, 373 U.S. 83 (1963); Miller v. Pate, 386 U.S. 1 (1967); Giles v. Maryland, 386 U.S. 66 (1967); and Moore v. Illinois, 408 U.S. 786 (1972), for an order compelling disclosure of any evidence in the possession of the prosecution or any of its agents, or other evidence the existence of which is known, or by the exercise of due diligence may become known to the prosecution, which may be favorable to the defendant or could reasonably weaken or affect any evidence that may be introduced against the defendant or is otherwise relevant to the subject matter of this case and may in any manner aid the defendant in the investigation or preparation of his case for trial or sentencing, said disclosure to be made without regard to whether the evidence to be disclosed may be admissible at the trial herein, and to include but not limited to the following:

1.    Any identification of persons other than the defendant by eyewitnesses to the crime.

2.    Any failure to identify the defendant by any eyewitnesses to the crime.

3.    Any statements of any witnesses exculpating the defendant.

4.    Any statements of witnesses, which contradict statements of other witnesses.

5.    Any reports of interviews relating to Nos. 3 and 4.

6.    Any fingerprints, handwriting or other scientific evidence which was not identified with this defendant.

7.    Any items seized from parties not charged which tend to identify them rather than the defendant with commission of the crime.

8.    Any prior convictions of prospective government witnesses.

9.    Any offers or promises made to prospective government witnesses to induce their cooperation against the defendant whether or not the government intends to call those persons as witnesses.

Dated:  May 16, 2025              Respectfully submitted,

                                 *s/ Jean M. Brandl*

                                 _____
                                 JEAN M. BRANDL
                                 Attorney ID No. 0387260
                                 Attorney for Mr. Peterson
                                 107 U.S. Courthouse
                                 300 South Fourth Street
                                 Minneapolis, MN 55415