UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-004 (LMP/LIB)

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>ERIC SCOTT PETERSON, )<br>)<br>Defendant. ) | DEFENDANT'S MOTION FOR<br>DISCOVERY OF EXPERT UNDER<br>RULE 16(a)(1)(G) |

Pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, the defendant, by and through his undersigned counsel, hereby moves the Court for a written summary of the expert testimony the government intends to use in the above-entitled trial. This summary must describe the witnesses' opinions, the bases and the reasons therefore, and the witnesses' qualifications all pursuant to Rule 16(a)(1)(G).

Dated: May 16, 2025

Respectfully submitted,

*s/Jean M. Brandl*
JEAN M. BRANDL
Attorney ID No.  0387260
Attorney for Mr. Peterson
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415