UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-4 (LMP/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | **SUPERSEDING** |
| Plaintiff, | ) | **INDICTMENT** |
| | ) | |
| v. | ) | 18 U.S.C. § 1112 |
| | ) | 18 U.S.C. § 1151 |
| | ) | 18 U.S.C. § 1152 |
| ERIC SCOTT PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Involuntary Manslaughter)

On or about December 17, 2024, in the State and District of Minnesota, and within the exterior boundaries of the Bois Forte Indian Reservation, the defendant,

**ERIC SCOTT PETERSON,**

a non-Indian person, acting with gross negligence, did unlawfully kill Victim 1, an Indian person, without malice, while in the commission of an unlawful act not amounting to a felony, that is operating a motor vehicle under the influence of alcohol, contrary to Minn. Stat. §169A.20, subdiv. 1(1), without due caution and circumspection and with a wanton and reckless disregard for human life, and knew and should have known that his conduct imperiled the lives of others, in violation of Title 18, United States Code, Sections 1112, 1151 and 1152.

SCANNED
MAY 2 8 2025
U.S. DISTRICT COURT MPLS

U.S. v. Eric Scott Peterson

A TRUE BILL

_____        _____
ACTING UNITED STATES ATTORNEY        FOREPERSON