UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-4 (LMP/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | JOINT MOTION FOR |
| | ) | BRIEFING SCHEDULE |
| ERIC SCOTT PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

The Government and Defendant Eric Scott Peterson, by and through his attorney, Jean M. Brandl, respectfully move this Court to set a briefing schedule and to rescheduled the motions hearing in the above referenced matter.

Good cause exists for this joint request. A superseding indictment was filed on May 28, 2025. *See* ECF 33. Defense counsel wishes to challenge the superseding indictment, which will necessitate a new motion. Defense counsel anticipates filing a motion in approximately two weeks. The government wishes to have the opportunity to respond to any defense motions that are filed, and accordingly would respectfully request to file a response two weeks after the date of the defense motion.

For the above reasons, a new briefing schedule will serve the interests of justice and the ends of justice served by granting this motion outweigh the

public's and the defendant's interest in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). Accordingly, the parties request that the court set a new briefing schedule and motion hearing to address any new issues that the Defendant intends to raise.

Dated: June 3, 2025

Respectfully Submitted,
JOSEPH H. THOMPSON
Acting United States Attorney


*s/ Nichole J. Carter*
BY: NICHOLE J. CARTER
Assistant U.S. Attorney
Attorney ID No. 0310141
United States Attorney's Office
300 South Fourth Street, Suite 600
Minneapolis, MN  55415


*s/ Jean M. Brandl*
BY: JEAN M. BRANDL
Attorney ID No. 0387260
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN  55415