UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-4 (LMP/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **SECOND SUPERSEDING INDICTMENT** |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | 18 U.S.C. § 13 |
| | ) | 18 U.S.C. § 1151 |
| | ) | 18 U.S.C. § 1152 |
| ERIC SCOTT PETERSON, | ) | Minn. Stat. § 609.2112, subd. 1(2)(i) |
| Defendant. | ) | Minn. Stat. § 609.2112, subd. 1(4) |

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Criminal Vehicular Homicide-Under the Influence)

On or about December 17, 2024, in the State and District of Minnesota, and within the exterior boundaries of the Bois Forte Indian Reservation, the defendant,

**ERIC SCOTT PETERSON,**

a non-Indian person, did cause the death of VICTIM 1, an Indian person, as a result of operating a motor vehicle in a negligent manner while under the influence of alcohol, in violation of Title 18, United States Code, Section 13, 1151 and 1152, and Minnesota Statute Section 609.2112, subd 1(2)(i).

### COUNT 2
(Criminal Vehicular Homicide-While Having an Alcohol Concentration of 0.08 or More as Measured within Two Hours of the Time of Driving)

SCANNED
JUL 01 2025
U.S. DISTRICT COURT MPLS

U.S. v. Eric Scott Peterson

On or about December 17, 2024, in the State and District of Minnesota, and within the exterior boundaries of the Bois Forte Indian Reservation, the defendant,

### ERIC SCOTT PETERSON,

a non-Indian person, did cause the death of VICTIM 1, an Indian person, as a result of operating a motor vehicle, and while having an alcohol concentration of 0.08 or more as measured within two hours of the time of driving, in violation of Title 18, United States Code, Section 13, 1151 and 1152, and Minnesota Statute Section 609.2112, subd 1(4).

A TRUE BILL

_____     _____
ACTING UNITED STATES ATTORNEY          FOREPERSON