UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-004 (LMP/LIB)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v.       Plaintiff, | ) | **DEFENDANT'S PROPOSED VOIR** |
| | ) | **DIRE QUESTIONS** |
| ERIC SCOTT PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

Eric Peterson, by and through his attorneys, Jean M. Brandl, hereby requests the Court to inquire of the jury panel the following questions.

Additionally, Mr. Peterson requests that the Court have the jury watch the Unconscious Bias Juror Video created by the Western District of Washington. Finally, undersigned counsel respectfully requests that counsel be allowed 15 minutes to participate in attorney-led voir dire.

### PARTICIPANTS IN CASE

1. Do you know the defendant, Eric Peterson?

2. Do you know any of the other prospective jurors?

3. The prosecution is represented by Garrett Fields and David Classen. Do you know either of them? Do you know anyone from the United States Attorney's Office?

4. Mr. Peterson is represented by Jean M. Brandl. Do you know her?

5. Do you know or recognize any of the potential witnesses?

### BASIC BACKGROUND

6. Where do you live?

7. What is your profession or employment? How long?

8. If you have a spouse or partner, what is his/her employment? How long?

9. What is your educational background?

10. Do you have children? If so, please state their ages, and employment if any.

11. What organizations do you belong to? What do you do in your spare time?

12. Do you have any religious or philosophical convictions which would make it difficult for you to be an absolutely fair and neutral juror in this case?

13. Do you have any mental or physical condition which would make it difficult for you to sit as a juror?

## PREVIOUS JURY SERVICE

14. Have you ever served as a juror before?

    a. If so, on how many juries have you served?

15. Were these in criminal or civil cases?

    a. Was there a verdict?

16. What kind of case was it?

17. Was it state or federal?

18. Was there anything about your previous jury experience that would lead you to feel that you may have some prejudices either for or against the prosecution or the defense?

## PREVIOUS EXPERIENCE WITH LAW ENFORCEMENT

19. Have you or any relatives, friends, neighbors, or acquaintances ever been involved in law enforcement, such as police officer, deputy sheriffs, federal agents, prosecutors?

    a. (If so), is there anything about your experience, or your relationship or discussions with these other people that would affect your approach to this case?

    b.    Have you ever been involved in a Neighborhood Crime Watch Program, domestic abuse program, victim advocacy group, Mothers Against Drunk Drivers or other type of crime victim program? As part of that program, have you had any contact with the police?

## LEGAL EXPERIENCE

20. Do you have any legal training?

21. Have you taken any law courses?

22. Do you have friends, relatives, neighbors or acquaintances who are lawyers, judges or are employed in any other job within the legal profession?

23. Have you ever testified in court? If so, in what type of case and for which party?

## ALCOHOL AND DRUG USE

24. Do you or any of your family members use alcohol or controlled substances?

25. Have you or any of your family members been addicted to alcohol or controlled substances?

26. If so, did they receive the help they needed or were there negative outcomes?

27. Does your personal experience with controlled substances or alcohol or with someone you love who was involved with addiction cause you to have a particular position with regard to this case?

28. Have you or any family or friend been charged with DWI/DUI?

29. Did you feel the allegation of drunk driving was fair in that case?

30. Did you feel the court proceedings and system were fair to you or the person you know in that case?

## FOLLOWING INSTRUCTIONS

31. Will you follow the Court's instructions to the jury strictly, whether you agree or disagree with them?

32. Do you understand and agree that the burden of proof is exclusively on the government and that evidence must show guilt beyond a reasonable doubt or you must find the defendant not guilty?

33. Do you understand and agree with the principle that the defendant is presumed innocent and that the presumption of innocence is sufficient to require a verdict of not guilty unless it is overcome by proof beyond a reasonable doubt?

34. Would you have any trouble finding the defendant not guilty if the government didn't prove their case beyond a reasonable doubt?

34. Do you understand that the fact that an Indictment has been filed in this case is no evidence whatsoever of the guilt of the defendant?

## **BASIC**

35. As you sit here now do you have any opinion about this case, or as to what the result should be?

36. If selected as a juror on this case, will you base your decision as to the defendant's guilt or innocence entirely upon the evidence presented to you during trial?

37. Is there anything about the character or nature of this case which causes you to have any feelings of prejudice or sympathy one way or the other?

38. Is there anything else the Court should know about you that may impact your ability to be a fair and impartial juror in this case?

39. The Indictment in this case charges Mr. Peterson with Conspiracy to Distribute Methamphetamine and Attempted Possession with the Intent to Distribute Methamphetamine. Mr. Peterson vigorously denies the allegations and is presumed innocent in this case. How do you feel about being a potential juror in this case?

    a. Is there anything about the charges in this case that would prevent you from being a fair and impartial juror?

40. Do you believe you can be completely fair to Mr. Peterson and the government? Or do you believe you are better suited to sit on a different case?

Dated:   March 11, 2026

Respectfully submitted,

*s/ Jean M. Brandl*

JEAN M. BRANDL
Attorney ID No. 0387260
Attorneys for Mr. Peterson
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415

5