UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-4 (LMP/LIB)

UNITED STATES OF AMERICA,

    Plaintiff,

v.

**GOVERNMENT'S PROPOSED VOIR DIRE**

ERIC SCOTT PETERSON,

    Defendant.

The United States of America respectfully submits for the Court's consideration the attached list of proposed voir dire questions for presentation to the prospective jurors to be examined in this case in addition to the standard questions asked by the Court, under the procedures set forth in Rule 24(a), Federal Rules of Criminal Procedure.

Dated: March 11, 2026

Respectfully Submitted,

DANIEL N. ROSEN
United States Attorney

*s/ Garrett S. Fields*
BY: GARRETT S. FIELDS
DAVID M. CLASSEN
Assistant United States Attorneys

# DRIVING UNDER THE INFLUENCE

1. Have you ever been stopped, ticketed, or arrested for suspected driving under the influence? If yes,

    a. Please describe the circumstances.

    b. What was the result?

    c. Will your experience in any way affect your ability to be fair and impartial in a case involving allegations of driving while under the influence?

2. Has any close friend or relative of yours ever been stopped, ticketed, or arrested for suspected driving under the influence? If yes,

    a. Please describe the circumstances.

    b. What was the result?

    c. Will your experience in any way affect your ability to be fair and impartial in a case involving allegations of driving while under the influence?

3. Do you hold any strong views about laws prohibiting driving a motor vehicle while under the influence of alcohol that may affect your ability to be fair and impartial in this case?

# VEHICLE ACCIDENTS

4. Have you ever personally been involved in a car crash? If yes,

     a. Please describe the circumstances.

     b. Was anyone injured in the crash?

     c. Was anyone deemed to be at fault for the crash?

     d. Will that experience in any way affect your ability to be fair and impartial in a case involving a fatal car crash?

5. Under the law, in cases involving allegations of negligent vehicular homicide, the negligence of the victim, if any, is not a defense to the crime charged.

     a. Do you have any personal opposition to that restriction—that is, prohibiting a defendant from raising a victim's contributory negligence as a defense?

     b. Will you be able to faithfully apply that law when assessing the facts of this case?

**BIAS TOWARD FEDERAL LAW ENFORCEMENT**

6. Have you or anyone close to you had any negative experiences with federal law enforcement officers?

7. Do you have any strong opinions about federal law enforcement officers that would impact your ability to be fair and impartial in this case?