UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-004 (LMP/LIB))

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S THIRD** |
| v. | ) | **MOTION IN LIMINE:** |
| | ) | **SEQUESTRATION OF** |
| ERIC SCOTT PETERSON, | ) | **WITNESSES** |
| | ) | |
| Defendant. | ) | |

Eric Peterson, by and through his attorneys, Jean M. Brandl, hereby submits the following motion in limine.

**Sequestration of Witnesses**

Pursuant to FRE 615, Mr. Peterson moves this Court for an order excluding witnesses from the courtroom, prohibiting the disclosure of trial testimony to witnesses who are excluded from the courtroom, prohibiting excluded witnesses from accessing trial testimony, and prohibiting attorneys from speaking to witnesses about their testimony if it is interrupted by a break. Mr. Peterson requests that this apply to all potential witnesses with the exception of one case agent for each party.

1

Dated: March 11, 2026                    Respectfully submitted,

                                                                    *s/Jean M. Brandl*

                                                                    JEAN M. BRANDL  
                                                                    Attorney ID No. 0387260  
                                                                    Attorney for Mr. Peterson  
                                                                    107 U.S. Courthouse  
                                                                    300 South Fourth Street  
                                                                    Minneapolis, MN 55415