UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-CR-004 (LMP/LIB))

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S FOURTH** |
| v. | ) | **MOTION IN LIMINE:** |
| | ) | **IMPROPER TERMS** |
| ERIC SCOTT PETERSON, | ) | |
| | ) | |
| Defendant. | ) | |

Eric Peterson, by and through his attorney, Jean M. Brandl, hereby submits the following motion in limine.

**Improper Terms**

A.   <u>Prevent use of the word "Victim"</u>

Mr. Peterson moves the Court to prevent the government and its witnesses from using the word "victim" when referring to Ms. Boshey. The word is a presumptive term with significant potential to inflame the passion of the jury and cause undue prejudice. As such, the Court should preclude the use of the word "victim" under FRE 401 and FRE 403. See, e.g., *United States v. August*, 590 F. Supp. 3d 972, 976 (W.D. Tex. 2022) (recognizing that the use of the word "victim" may be "substantially more prejudicial than probative*"); Chism v. New Holland North America, Inc*., No. 2:07-cv-150 (JTR), 2010 WL 11520495, at * (E.D. Ark. Feb. 1, 2010) (granting motion in limine to preclude the term "victim" because "the use of that term by a witness is argumentative and, if done repeatedly, it could become prejudicial").

1

Mr. Peterson suggests use of the word "decedent" or "Ms. Boshey" instead of "victim.

    B.    <u>Prevent use of the word "Defendant."</u>

Mr. Peterson requests that the Court and Government refer to him by his name, "Mr. Peterson" or "Eric Peterson" and not as the "defendant."

| | |
|---|---|
| Dated: March 11, 2026 | Respectfully submitted, |
| | *s/Jean M. Brandl* |
| | JEAN M. BRANDL<br>Attorney ID No. 0387260<br>Attorney for Mr. Peterson<br>107 U.S. Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 |