# UNITED STATES DISTRICT COURT

DISTRICT OF MINNESOTA

**DEFENDANT'S EXHIBIT LIST**

United States of America
V.
Eric Scott Peterson

Case Number: 25-cr-004 (LMP/LIB)

| PRESIDING JUDGE<br>Honorable Laura M. Provinzino | | | PLAINTIFF'S ATTORNEYS<br>Garrett S. Fields; David M. Classen | | DEFENDANT'S ATTORNEYS<br>Jean M. Brandl |
|---|---|---|---|---|---|
| TRIAL DATE<br>April 10, 2026 | | | COURT REPORTER | | COURTROOM DEPUTY<br>TBD |
| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|  | 1 |  |  |  | Scene photos taken by BIA |
|  | 2 |  |  |  | Surveillance footage from Fortune Bay Casino |
|  | 3 |  |  |  | Receipts from Fortune Bay Casino |
|  | 4 |  |  |  | Surveillance footage from Lucky 7 |
|  | 5 |  |  |  | Selected records from phone extraction |
|  | 6 |  |  |  | Vehicle photos taken by FBI |
|  | 7 |  |  |  | Scene photos taken by MSP |
|  | 8 |  |  |  | Scene diagrams prepared by MSP |
|  | 9 |  |  |  | 911 Recordings regarding decedent on the night of the incident |
|  | 10 |  |  |  | CAD Reports from before and after the accident |
|  | 11 |  |  |  | Curriculum Vitae of Aaron Olson (Expert) |
|  | 12 |  |  |  | Audio recording of Eric Peterson's statement to Police on 12.18.24 |
|  | 13 |  |  |  | Any exhibits listed on Government's Exhibit List |
|  |  |  |  |  | Mr. Peterson reserves the right to modify this list as he continues to prepare for trial, and to introduce additional exhibits as the evidence develops or in rebuttal to Government evidence. |

CASE 0:25-cr-00004-LMP-LIB   Doc. 64   Filed 03/14/26   Page 2 of 2