UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-4 (LMP/LIB)

UNITED STATES OF AMERICA,

Plaintiff,

v.                                          **NOTICE OF APPEARANCE**

ERIC SCOTT PETERSON,

Defendant.

Please add the following Assistant United States Attorney to the above-captioned case:

AUSA David Classen

Dated: March 27, 2026                    Respectfully submitted,

                                         DANIEL N. ROSEN
                                         United States Attorney

                                         *s/David M. Classen*
                                  BY:    DAVID M. CLASSEN
                                         Assistant U.S. Attorney