UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Criminal No. 25-4 (JRT/DTS)

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                    **STIPULATIONS**

ERIC SCOTT PETERSON,

     Defendant.

The United States of America, by and through its attorneys, Assistant United States Attorneys Garrett S. Fields and David M. Classen, and Defendant Eric Peterson, by and through his attorney, Jean Brandl, Esq., hereby agree as follows:

## A.    Foundation

1. **Autopsy Photos.** The parties agree that the photos contained in Exhibit P-0005 fairly and accurately depict Amanda Boshey as she was in the ambulance and autopsy room following the fatal vehicle crash on December 17, 2024.

2. **Cellphone Extraction.** The parties agree that the data extraction, at Exhibit P-0012, is a true and accurate copy of the data contained on Mr. Petterson's Samsung cellphone, number 218-780-7974.

3. **Surveillance Footage.** The parties agree that Exhibit P-0014 is a true and accurate copy of surveillance footage from the Lucky Seven General Store in Virginia, Minnesota, at 9:18 p.m. on December 17, 2024.

4. **Blood Sample.** The parties agree that on December 24, 2024, Forensic Scientist Ashley Mack of the Minnesota Bureau of Criminal Apprehension authored a laboratory report summarizing the results of toxicology analysis she performed on a blood sample.   The parties agree that the blood sample was obtained from Mr. Peterson on December 18, 2024, at 5:21 a.m.

1

**B.    Jurisdiction**

    1.    <u>Amanda Boshey</u>. The parties agree that Amanda Boshey is an Indian Person as defined by federal law.

    2.    <u>Eric Peterson</u>. The parties agree that the defendant, Eric Scott Peterson, is not an Indian Person as defined by federal law.

    3.    <u>Location</u>. The fatal vehicle crash on Lake Vermillion Reservation Road on December 17, 2024, that resulted in the death of Amanda Rae Boshey occurred within the exterior boundary of the Bois Forte Indian Reservation.

**C.    DNA Evidence**: The parties agree that on May 5, 2025, Forensic Chemist Marcy L. Plaza of the Federal Bureau of Investigation authored a laboratory report summarizing the results of the serological and nuclear DNA examinations she performed on the following items: two swabs from the exterior hood of Mr. Peterson's 2002 Dodge Durango; two swabs from the exterior front passenger side quarter panel of Mr. Peterson's Durango; and four swabs from the passenger side fender of Mr. Peterson's Durango. The parties agree that testing indicated blood on those items and that the blood contained female DNA from one individual: Amanda Rae Boshey.

Dated: 4/6/26

GARRETT S. FIELDS
DAVID M. CLASSEN
Assistant U.S. Attorneys

Dated: 4-6-26

JEAN BRANDL
Attorney for Eric Peterson

2