# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No:        25-CR-004 LMP/LIB |
| | ) | Date:           April 10, 2026 |
| v. | ) | Court Reporter: Lynne Krenz |
| | ) | Courthouse:     Duluth |
| ERIC SCOTT PETERSON, | ) | Courtroom:      1 |
| | ) | Time :   10:36 a.m.-11:51 a.m.; 11:56 a.m.-12:03 p.m.; |
| Defendant. | ) | 12:10 p.m.-12:30 p.m.; 1:48 p.m.-3:16 p.m.; |
| | ) | 3:31 p.m.-4:57 p.m. |
| | ) | Time in Court:  4 hours, 46 minutes |

Before Laura M. Provinzino, United States District Judge, at Duluth, Minnesota.

APPEARANCES:

   For Plaintiff: Garrett Fields and David Classen, Assistant United States Attorneys
   For Defendant: Jean Brandl, Office of the Federal Defender

PROCEEDINGS:
Trial Proceedings:
- ☒ **Jury Trial – Begun (Trial Day 1)**
- ☒ Voir Dire held and Jury empaneled.
- ☒ Preliminary Instruction to jurors.
- ☒ Discussion regarding trial issues.
- ☒ Jury Trial continued to April 13, 2026, at 9:00 a.m.

                                               s/T. Campbell
                                            Courtroom Deputy