# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES** |
| | ) | |
| Plaintiff, | ) | Case No:      25-CR-004 LMP/LIB |
| | ) | Date:          April 13, 2026 |
| v. | ) | Court Reporter: Lynne Krenz |
| | ) | Courthouse:    Duluth |
| ERIC SCOTT PETERSON, | ) | Courtroom:    1 |
| | ) | Time :   9:11 a.m.-10:14 a.m.; 10:33 a.m.-12:14 p.m.; |
| Defendant. | ) | 1:41 p.m.-3:13 p.m.; 3:31 p.m.-4:53 p.m.; |
| | ) | 5:02 p.m.-5:17 p.m. |
| | ) | Time in Court:  5 hours, 51 minutes |

Before Laura M. Provinzino, United States District Judge, at Duluth, Minnesota.

APPEARANCES:

   For Plaintiff: Garrett Fields and David Classen, Assistant United States Attorneys
   For Defendant: Jean Brandl, Office of the Federal Defender

PROCEEDINGS:
Trial Proceedings:
- ☒ **Jury Trial – Day 2**
- ☒ Preliminary Instructions to jurors.
- ☒ Opening Statements.
- ☒ Government witnesses: Cory King, Rebecca Burke, Stacie Howe, MaKenna Villebrun, Elizabeth Deegan, Craig Heidenrich
- ☒ Jury Trial continued to April 14, 2026, at 9:00 a.m.

    s/T. Campbell
Courtroom Deputy