# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

## CRIMINAL JURY TRIAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No: 25-CR-004 LMP/LIB |
| v. | ) | Date: April 14, 2026 |
| | ) | Court Reporter: Lynne Krenz |
| ERIC SCOTT PETERSON, | ) | Courthouse: Duluth |
| | ) | Courtroom: 1 |
| Defendant. | ) | Time : 9:00 a.m.-10:00 a.m.; 10:21 a.m.-11:52 a.m.; |
| | ) | 1:15 p.m.-2:22 p.m.; 3:24 p.m.-3:34 p.m. |
| | ) | Time in Court: 3 hours, 48 minutes |
| | ) | |

Before Laura M. Provinzino, United States District Judge, at Duluth, Minnesota.

APPEARANCES:

   For Plaintiff: Garrett Fields and David Classen, Assistant United States Attorneys
   For Defendant: Jean Brandl, Office of the Federal Defender

PROCEEDINGS:
Trial Proceedings:
- ☒ **Jury Trial – Day 3**
- ☒ Government witnesses: Rebecca Asch-Kendrick, M.D.; Ashley Mack; Jesse Anderson.
- ☒ Government rests.
- ☒ Defense witnesses: Craig Heidenrich (recalled); Chad Spahn; Defendant Eric Peterson.
- ☒ Defense rests.
- ☒ Charge conference.
- ☒ Jury Trial continued to April 15, 2026, at 9:00 a.m.

    s/T. Campbell
Courtroom Deputy
