# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# CRIMINAL JURY TRIAL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | **COURT MINUTES** |
| | ) | |
| Plaintiff, | ) | |
| | ) | Case No:    25-CR-004 LMP/LIB |
| | ) | Date:    April 15, 2026 |
| v. | ) | Court Reporter: Lynne Krenz |
| | ) | Courthouse:    Duluth |
| ERIC SCOTT PETERSON, | ) | Courtroom:    1 |
| | ) | Time:    8:58 a.m.-10:39 a.m.; 10:57 a.m.-11:33 a.m.; |
| Defendant. | ) |     3:07 p.m.-3:19 p.m.; 3:28 p.m.-3:32 p.m.; |
| | ) |     3:35 p.m.-3:40 p.m.; 4:49 p.m.-4:56 p.m. |
| | ) | Time in Court:  2 hours, 45 minutes |

Before Laura M. Provinzino, United States District Judge, at Duluth, Minnesota.

APPEARANCES:

　For Plaintiff: Garrett Fields and David Classen, Assistant United States Attorneys
　For Defendant: Jean Brandl, Office of the Federal Defender

PROCEEDINGS:
Trial Proceedings:
- ☒ **Jury Trial – Day 4**
- ☒ Final review of jury instructions, verdict form, and exhibit list with parties.
- ☒ Closing arguments.
- ☒ Jury instructions read.
- ☒ Deliberations began at 11:33 a.m.
- ☒ Verdict reached at 4:38 p.m.
- ☒ Guilty on Count 1 and Not Guilty on Count 2 of the Second Superseding Indictment.
- ☒ Jury polled.
- ☒ Defendant continued on current conditions of release.
- ☒ Jury trial complete.

　　　　　　　　　　　　　　　　　　　　　　s/T. Campbell
　　　　　　　　　　　　　　　　　　　　　　Courtroom Deputy