# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

United States of America
v.
Eric Scott Peterson

**TRIAL EXHIBIT LIST**

Case Number:   25-cr-004 (LMP/LIB)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEYS | DEFENDANT'S ATTORNEY |
|---|---|---|
| The Honorable Laura M. Provinzino | Garrett S. Fields, David M. Classen | Jean M. Brandl |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 4/10/26, 4/13/26, 4/14/26 | Lynne Krenz | Tyler Campbell |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| P-0001 | | 4/13/26 | | X | Maps of Bois Forte—Fortune Bay Casino |
| P-0002 | | 4/13/26 | | X | Dash-camera footage from BIA squad car |
| P-0003 | | 4/13/26 | | X | Scene photos taken by BIA |
| P-0004 | | 4/13/26 | | X | Photo of Amanda Boshey |
| P-0005 | | 4/14/26 | | X | Selected autopsy photos of Amanda Boshey |
| P-0006a | | 4/13/26 | | X | Surveillance footage from Fortune Bay Casino rear parking lot – Peterson arrival |
| P-0006b | | 4/13/26 | | X | Surveillance footage from Fortune Bay Casino – Drink 1 |
| P-0006c | | 4/13/26 | | X | Surveillance footage from Fortune Bay Casino – Drink 1 |
| P-0006d | | 4/13/26 | | X | Surveillance footage from Fortune Bay Casino – Drink 2 |
| P-0006e | | 4/13/26 | | X | Surveillance footage from Fortune Bay Casino – Drink 2 |
| P-0006f | | 4/13/26 | | X | Surveillance footage from Fortune Bay Casino – Drink 2 |
| P-0006g | | 4/13/26 | | X | Surveillance footage from Fortune Bay Casino – Drink 3 |
| P-0006h | | 4/13/26 | | X | Surveillance footage from Fortune Bay Casino – Drink 4 |
| P-0006i | | 4/13/26 | | X | Surveillance footage from Fortune Bay Casino – Drink 4 |
| P-0006j | | 4/13/26 | | X | Surveillance footage from Fortune Bay Casino – Drink 4 |
| P-0006k | | 4/13/26 | | X | Surveillance footage from Fortune Bay Casino – Peterson leaving |
| P-0006l | | 4/13/26 | | X | Surveillance footage from Fortune Bay Casino – Peterson leaving |
| P-0006m | | 4/13/26 | | X | Surveillance footage from Fortune Bay Casino – Peterson leaving |
| P-0006n | | 4/13/26 | | X | Surveillance footage from Fortune Bay Casino – Peterson departure |
| P-0006o | | 4/13/26 | | X | Surveillance footage from Y Store |
| P-0007 | | 4/13/26 | | X | Receipts from Fortune Bay Casino |

| P-0008 | | 4/13/26 | | X | 911 call from Stacie Howe on Dec. 17, 2024 |
|---|---|---|---|---|---|
| P-0009 | | 4/13/26 | | X | 911 call from MaKenna Villebrun on Dec. 17, 2024 |
| P-0010 | | 4/13/26 | | X | 911 call from Elizabeth Deegan on Dec. 17, 2024 |
| P-0011 | | 4/13/26 | | X | Maps of Bois Forte—Crash Scene and Other Selected Locations |
| P-0012a | | 4/13/26 | | X | Selected records from phone extraction – applications usage log |
| P-0012b | | 4/13/26 | | X | Selected records from phone extraction – text message thread |
| P-0012c | | 4/13/26 | | X | Selected records from phone extraction – device events |
| P-0012d | | 4/13/26 | | X | Selected records from phone extraction – locations |
| P-0012e | | 4/13/26 | | X | Selected records from phone extraction – network connections |
| P-0013 | | 4/13/26 | | X | Video recording of TikTok clip from phone extraction |
| P-0014a | | 4/13/26 | | X | Surveillance footage from Lucky 7 |
| P-0014b | | 4/13/26 | | X | Surveillance footage from Lucky 7 |
| P-0015 | | 4/13/26 | | X | Receipt from Lucky 7 |
| P-0016 | | 4/13/26 | | X | Vehicle photos taken by FBI |
| P-0017 | | 4/13/26 | | X | Bois Forte enrollment documents for Amanda Boshey |
| P-0018 | | 4/13/26 | | X | Red winter coat |
| P-0019 | | 4/14/26 | | X | Scene photos taken by MSP |
| P-0020 | | 4/14/26 | | X | Scene diagrams prepared by MSP |
| P-0022 | | 4/13/26 | | X | Stipulation – Amanda Boshey Indian person |
| P-0023 | | 4/13/26 | | X | Stipulation – Eric Peterson not Indian person |
| P-0024 | | 4/13/26 | | X | Stipulation – Fatal crash within exterior boundaries of Bois Forte |
| P-0025 | | 4/13/26 | | X | Stipulation - DNA |
| | D-0014 | 4/13/26 | | X | Peterson Miranda Form |
| | D-0015 | 4/13/26 | | X | Peterson Consent to Search |
| | D-0020 | 4/14/26 | | X | Body Camera of State Trooper Anderson |