Did Mr. Peterson have to fail a field sobriety test in order to be required to submit to a blood draw?

Did he have to agree to a blood draw?

"Having an alcohol concentration of 0.08 or more as measured within 2 hours of driving — does this include before and & after? (6:48 pm - 10:48 pm)?