Answer to Question 1: This question is a question of law. As a jury, you are to consider only questions of fact. Everything you need is contained within the instructions I have given you and the evidence you have received at trial.

Answer to Question 2: This question is a question of law. As a jury, you are to consider only questions of fact. Everything you need is contained within the instructions I have given you and the evidence you have received at trial.

Answer to Question 3: You only need to consider the period of time two hours after driving (as you have indicated in your note, from 8:48 p.m. to 10:48 p.m.).